**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                                              CASE NO. 3:02cr93LAC

HOMER FOSTER

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   September 22, 2005
Motion/Pleadings:   MOTION TO DEFER RESTITUTION
Filed by DEFENDANT PRO SE     on 9/6/05     Doc.# 101
RESPONSES:
                                                      on             Doc.#
                                                      on             Doc.#

\_\_\_\_ Stipulated     \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed     \_\_\_\_ Consented

                                          WILLIAM M. McCOOL, CLERK OF COURT

                                          /s/ Mary Maloy-Wells
LC (1 OR 2)                          Deputy Clerk: Mary Maloy-Wells

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 29th day of September, 2005, that:*

*(a) The relief requested is **DENIED.***

*(b) Court loses jurisdiction after seven days; therefore, the Court does not have the authority to change or modify the sentence.*

                                                      s/*L.A. Collier*
                                                      **LACEY A. COLLIER**
                                                     *United States District Judge*

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.